# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Robles Miranda,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-412 ADM/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. §1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. §1226.
2 Respondents are ORDERED to release Petitioner Jose R. from custody in Minnesota immediately;
3. Within five days of the date of this Order, Respondents shall file notice on the docket confirming that release within Minnesota occurred; and
4. Respondents are ENJOINED from removing, transferring, or facilitating the removal of Petitioner from the District of Minnesota prior to compliance with this Order.

Date: 1/27/2026

KATE M. FOGARTY, CLERK