# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Robles Miranda,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv412 (ADM/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the 9 Status Report, this matter is now closed.

Date: 2/20/2026

KATE M. FOGARTY, CLERK